# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>Yearlin Mateo ITZEP-Garcia,<br><br>Defendants. | Case No.  26-mj-8229-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about March 25, 2026, within the Southern District of California, defendant, Yearlin Mateo ITZEP-Garcia, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Jorge Antonio MOLINA-Herrera and Ismael MOLINA-Solorio, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

KARLA BUENROSTRO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th day of March, 2025.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Yearlin Mateo ITZEP-Garcia

### STATEMENT OF FACTS

On March 25, 2026, at approximately 7:10 AM, BPA Hunter was observing traffic on the Interstate 8 (I-8) freeway when he saw a burgundy Toyota Corolla pass his position bearing a California License Plate. Record checks through Department of Homeland Security databases revealed the vehicle was registered from Los Angeles, California. A record check of the vehicle's registered owner revealed that the registered owner was an illegal alien with a prior deportation order. It was also discovered that this was the vehicle's first time in the El Centro Sector's Area of Responsibility.

BPA Hunter merged onto I-8 in his fully marked United States Border Patrol unit to get behind the vehicle. Once BPA Hunter was behind the vehicle, the vehicle's speed drastically reduced from approximately 75 miles per hour to approximately 55 MPH. The speed limit on this portion of the I-8 is 70 MPH. BPA Hunter matched the speed of the vehicle, pulled alongside, and observed a driver and a person in the front passenger seat of the vehicle. BPA Hunter could observe the driver shaking his head side to side and the passenger sitting rigid in his seat, staring forward, and not moving. The driver never looked in his direction and kept shaking his head side to side.

Based on his observations, BPA Hunter decided to perform a vehicle stop on the vehicle. BPA Hunter positioned his marked unit behind the Corolla and initiated his lights and sirens. The Corolla immediately put on its right blinker but did not pull over to the side of road for another mile. The vehicle yielded approximately one and a half miles west of the Ocotillo exit on I-8. BPA Hunter approached the passenger side of the vehicle and identified himself as a Border Patrol Agent in the English language. The driver, identified as Yearlin ITZEP-Garcia (ITZEP), produced a U.S. Passport and claimed to be a United States Citizen. The passenger ignored BPA Hunter's request for identification and stared straight in front of him. BPA Hunter again engaged the passenger in the Spanish language and asked him his citizenship and if he had documentation to be in the country legally. The

2

passenger ignored his request again. He asked the passenger to exit the vehicle so BPA Reyes, who had arrived to assist, could speak to him. Once the passenger was removed from the vehicle, BPA Hunter asked ITZEP how he knew the passenger. ITZEP stated that he did not know the passenger, he only met him two days ago when the passenger was hitch-hiking on the I-8 near El Centro, California. ITZEP stated he picked up the passenger, hung out for a few days in El Centro and was now driving him back to Los Angeles where ITZEP resides. BPA Reyes questioned the passenger, later identified as E.D.V.C., regarding his citizenship. E.D.V.C. admitted he was an illegal alien from Oaxaca, Mexico.

BPA Hunter placed ITZEP under arrest and placed him in the rear seat of his unit. While inspecting the Corolla to prepare the vehicle for tow, two more subjects were found hiding in the trunk of the vehicle, later identified as Jorge Antonio MOLINA-Herrera (MOLINA-Herrera) and Ismael MOLINA-Solorio (MOLINA-Solorio). Both subjects stated that they were citizens of Mexico without legal status in the United States. All subjects were placed under arrest and transported to the El Centro Station for further processing.

Material Witness MOLINA-Solorio stated he was a citizen of Mexico and that he made arrangements for him and his son to be smuggled into the United States. MOLINA-Solorio was going to pay $8,000 for himself, totaling $16,000 for both him and his son, with his son-in-law intending to pay the smuggler after confirming his arrival in Los Angeles, California. MOLINA-Solorio stated that he and his son were placed in the trunk by the driver. MOLINA-Solorio was provided a photographic lineup and identified ITZEP as the driver.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Ismael MOLINA-Solorio | Mexico |
| Jorge Antonio MOLINA-Herrera | Mexico |

3

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

4